UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENT MORRISON,

                        Petitioner,

     -against-

LORRIE PATTERSON, JUDGE

                        Respondent.

23-CV-9315 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 15, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 15, 2024
            New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge